IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERTO THOMPSON, | : | |
| Petitioner, | : | |
| | : | 1:14-cv-0947 |
| v. | : | |
| | : | Hon. John E. Jones III |
| WARDEN-USP LEWISBURG, | : | |
| | : | |
| Respondent. | : | |

## ORDER

### October 15, 2015

Upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the Court's memorandum of the same date, it is hereby **ORDERED** that:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The civil rights claims (Doc. 1, pp. 6-8) are **DISMISSED** without prejudice.

3. The Clerk of Court is directed to **CLOSE** this case.

                                                <u>s/ John E. Jones III</u>
                                                John E. Jones III
                                                United States District Judge